890

[196 P.2d 927]

[Sac. No. 5915.   In Bank.   Aug. 30, 1948.]

COUNTY OF CALAVERAS, Petitioner, v. OAKDALE IRRIGATION DISTRICT, Respondent.

Robert Owen Curran, District Attorney (Mariposa), Virgil M. Airola, District Attorney (Calaveras), T. R. Vilas, District Attorney (Tuolumne), John L. Nourse and Ross A. Carkeet for Petitioner.

C. Ray Robinson, W. Eugene Craven, Margaret A. Flynn, P. J. Minasian, Rutherford, Jacobs, Cavalero & Dietrich and Le Roy McCormick for Respondent.

W. Coburn Cook and Charles L. Childers, as Amici Curiae on behalf of Respondent.

CARTER, J.—This case involves the same questions presented in *County of Mariposa* v. *Merced Irrigation District, ante*, p. 467 [196 P.2d 920], and is controlled thereby. Therefore the petition for a peremptory writ of mandate is denied, and the alternative writ is discharged.

Gibson, C. J., Shenk, J., Edmonds, J., Traynor, J., Schauer, J., and Spence, J., concurred.

Petitioner's application for a rehearing was denied September 27, 1948.